VALENTINO et al. v. SCHANTZ et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Pasquale Valentino and another against Philip Schantz and another. No opinion. Motion granted, on payment of $10 costs.

---

In re VAN DOREN et al. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) In the matter of the judicial settlement of the account of Charles L. Van Doren and Edward L. Merritt, as substituted trustees, etc. No opinion. Motion to dismiss appeal (from 77 Misc. Rep. 44, 137 N. Y. Supp. 420) granted, without costs.

---

VAN SLOCHEM v. ASHFORTH et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Herman Van Slochem against Edward Ashforth and others. No opinion. Motion granted; question certified, as stated in order. Order filed.

---

VAN SLOCHEM v. VILLARD. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Herman Van Slochem against Harold G. Villard. No opinion. Motion granted; question certified, as stated in order. Order filed.

---

VAN SUETENDAEL, Appellant, v. SCRIPTURE et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Arthur J. Van Suetendael against Albert P. Scripture and another. No opinion. Judgment of the City Court of Yonkers affirmed, with costs.

---

VAN TUYL v. SCHARMANN et al. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by George C. Van Tuyl, as Superintendent of Banks, etc., against August C. Scharmann and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 137 N. Y. Supp. 1147) granted, and questions certified.

---

VEEDER, Respondent, v. CLOSSON, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by George A. Veeder against Eugene A. Closson. No opinion. Judgment and order unanimously affirmed, with costs.

---

VERLENDEN BROS., Inc., Respondent, v. TALCOTT, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Verlenden Bros., Incorporated, against James Talcott. E. W. Harris, of New York City, for appellant. M. J. Hirsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

VIBBARD, Respondent, v. KINSER CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Dora Vibbard, as executrix, etc., against the Kinser Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 138 N. Y. Supp. 1147.

---

VIBBARD v. KINSER CONST. CO. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Dora Vibbard, as executrix, etc., against the Kinser Construction Company. No opinion. Motion granted. See, also, 147 App. Div. 343, 131 N. Y. Supp. 717.

---

WAGNER v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1912.) Action by Carrie Wagner against the International Railway Company and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

WALDT, Appellant, v. GOODWIN MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Ralph Waldt against the Goodwin Manufacturing Company. M. Monfried, of New York City, for appellant. A. B. Unger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

---

WALLACE, Respondent, v. VILLAGE OF CANANDAIGUA, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by John Henry Wallace against the Village of Canandaigua.

PER CURIAM. Judgment and order (117 N. Y. Supp. 912) reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence fails to establish that the defendant maintained a nuisance.

FOOTE, J., dissents. ROBSON, J., not sitting.

---

WARNER AUTOMOBILE CO., Appellant, v. EDWARDS, Respondent. (Supreme Court, Appellate Division, Fourth Department, No-

vember 13, 1912.) Action by the Warner Automobile Company against Frank H. Edwards.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J.. dissents.

---

WASHBURN et al., Respondents, v. SALMON, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Albert H. Washburn and others against William Salmon. No opinion. Order affirmed, with $10 costs and disbursements.

---

WATERS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by James J. Waters against the City of New York. No opinion. Motion granted. Order filed.

---

WEEKS, Respondent, v. BONNEY–FLOYD CO., Appellant. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Action by Charles A. Weeks against the Bonney-Floyd Company. F. P. King, of New York City, for appellant. J. B. Doyle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WEIL, Respondent, v. PEOPLE'S SURETY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Marcella Weil against the People's Surety Company of New York. M. Hyman, of New York City, for appellant. F. S. Williams, of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce recovery to $410.50 and interest from commencement of action, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

---

WEISS, Respondent, v. WEISS et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Action by Rudolph Weiss against Bernath Weiss and another. W. Halpert, of New York City, for appellants.

PER CURIAM. Determination of Appellate Term (75 Misc. Rep. 644, 133 N. Y. Supp. 1021; see, also, 150 App. Div. 924, 135 N. Y. Supp. 1149) and order of the City Court reversed, and demurrer overruled, on the dissenting opinion of Hotchkiss, J., at the Appellate Term. Order denying defendants' motion for judgment on the pleadings reversed, and judgment for defendants granted, with costs and disbursements in all the courts. Settle order on notice.

---

WELLS, Respondent, v. DAY, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Frank M. Wells against George K. Day.

PER CURIAM. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, on the ground that a question of fact was presented, which should have been submitted to the jury.

---

WELLS v. SCOFIELD. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Action by Aaron Wells against Carrie L. Scofield, as administratrix, etc., of Frederick R. Scofield, deceased. No opinion. Motion denied.

---

WEST, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Kenneth West, an infant, by Vernon W. Macklin, his guardian ad litem, against the Baltimore & Ohio Railroad Company.

PER CURIAM. Order reversed, so far as it requires production of books and papers, upon the ground that it is too indefinite and general, but without prejudice to a renewal of this part of the motion upon further papers. The order is otherwise affirmed, without costs.

---

WESTERN UNION TELEGRAPH CO. v. WHITE et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by the Western Union Telegraph Company against William N. White and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 137 N. Y. Supp. 689.

---

WESTINGHOUSE, CHURCH & CO., Respondent, v. TESLA, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Westinghouse, Church & Co. against Nicola Tesla. C. A. Winter, of New York City, for appellant. W. L. Marshall, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

WETZLAR v. WOOD et al. (three cases). (Supreme Court, Appellate Division, First Department. December 20, 1912.) Actions by Julius G. Wetzlar against Catherine S. Wood and the New York Finance Company, implead-